1  Kym Samuel Cushing, Esq.
   Nevada Bar No.: 004242
2  Carl R. Houston, Esq.
   Nevada Bar No. 011161
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, NV 89101
   (702) 727-1400; FAX (702) 727-1401
5  Kym.Cushing@wilsonelser.com
   Carl.Houston@wilsonelser.com
6  Attorneys for Costco Wholesale Corporation

7                **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF NEVADA**

9  CHRISTINE RODILOSSO, an individual,       CASE NO.: 2:15-cv-01824-JCM-PAL

10          Plaintiff,

11      v.                                    **STIPULATION AND ORDER FOR
                                              DISMISSAL WITH PREJUDICE**
12

13  COSTCO WHOLESALE CORPORATION; DOE
    Employees I through X; and ROE
    CORPORATIONS II-XX, inclusive,
14

15          Defendants.

16

17      Plaintiff CHRISTINE RODILOSSO, by and through her counsel of record DARWIN M.

18  RYGG III, ESQ. of the Law Offices of Maury Rygg and Defendant, COSTCO WHOLESALE

19  CORPORATION, by and through its counsel of record, KYM SAMUEL CUSHING, ESQ. and

20  CARL R. HOUSTON, ESQ. of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN &

21  DICKER LLP, hereby stipulate and agree to the dismissal, with prejudice, of the Complaint against

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

924994v.1

COSTCO WHOLESALE CORPORATION, with each party to bear their own fees and costs incurred herein.

DATED: 3/11/16                                    DATED: 3/14/16

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**          **LAW OFFICES OF MAURY RYGG**

Kym Samuel Cushing, Esq.                          Darwin M. Rygg III
Nevada Bar No. 004242                             Nevada Bar No. 009173
Carl R. Houston, Esq.                             2450 St. Rose Parkway, #120
Nevada Bar No. 011161                             Henderson, Nevada 89074
300 South Fourth Street, 11th Floor               *Attorney for Plaintiff*
Las Vegas, Nevada 89101
*Attorney for Defendant*

          IT IS SO ORDERED:

          Dated  March 23, 2016.

          UNITED STATES DISTRICT COURT JUDGE

                                    2

924994v.1